**Kennedy C. SCOTT, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3063.

United States Court of Appeals, Federal Circuit.

March 24, 2004.

Steven J. Abelson, Principal Attorney, David M. Cohen, Deborah M. Bynum, Department of Justice, of counsel, Washington, DC, for Respondent.

Kennedy C. Scott, of counsel, St. Louis, MO, for Petitioner.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**GREENE, TWEED OF DELAWARE, INC., Plaintiff–Cross Appellant,**

v.

**DUPONT DOW ELASTOMERS L.L.C. and E.I. Dupont De Nemours and Co., Inc., Defendants–Appellants.**

No. 04–1132, 04–1146.

United States Court of Appeals, Federal Circuit.

March 24, 2004.

Leora Ben–Ami, Thomas F.Fleming, Alfred Hank Heckel, IV, Peter Fratangelo, Christopher Jagoe, Kaye, Scholer, of Counsel, New York, NY, for Defendants–Appellants.

David P. Callet, Shari L. Fleishman, Washington, DC, Lynda L. Calderone, Kevin R. Hamel, Akin, Gump, Philadelphia, PA, of Counsel, for Plaintiff–Cross Appellant.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).